UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                                    Misc. No. 18-mc-51358

vs.                                                          HON. BERNARD A. FRIEDMAN

JUMANA NAGARWALA, et al.,

    Defendants.
_____/

**ORDER GRANTING MOTIONS OF AHA FOUNDATION, EQUALITY NOW, WESPEAKOUT, SAHIYO, AND SAFE HANDS FOR GIRLS TO FILE AMICUS BRIEFS**

This matter is presently before the Court on the motions of AHA Foundation, Equality Now, WeSpeakOut, Sahiyo, and Safe Hands for Girls to file amicus briefs [docket entries 2 and 4] in *United States v. Nagarwala*, 17-cr-20274 (E.D. Mich.).  Defendants have filed responses in opposition and the amici have replied.  The government has not responded.  In its discretion, and pursuant to Fed. R. App. P. 29, the Court shall permit the two amicus briefs to be filed.  And while the Court shall not permit the amici to participate in the oral argument on defendants' motion to dismiss, they, like all members of the public, are welcome to attend the hearing and observe.

        SO ORDERED.

                                              **s/Bernard A. Friedman**
Dated: November 2, 2018            BERNARD A. FRIEDMAN
Detroit, Michigan                  SENIOR U.S. DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first-class U.S. mail on November 2, 2018.

                                                            s/Johnetta M. Curry-Williams
                                                            Case Manager